UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
                    Plaintiff,

v.                                                      Case No. 07-CR-204

NICOLE BROWN
                    Defendant.

---

## MOTION TO TRAVEL TO MISSISSIPPI TO VISIT FAMILY

---

NOW COMES the defendant, Nicole Brown, by and through her attorneys, Kohn & Smith Law Offices, by Attorney Jonathan Smith, and upon all the files and records had heretofore herein and hereby respectfully moves this Honorable Court for the entry of an order permitting her to travel to Greenwood, Mississippi, from October 27, 2009, or as soon thereafter as her travel may be approved by the Court, through November 10, 2009. The defendant will be travelling by car with her fiancé, Greg Addison, to visit family and will be staying with family at 4341 King Circle Drive, Greenwood, Mississippi. The undersigned believes that Ms. Brown has otherwise been compliant with her conditions of release.

Dated this 26th day of October, 2009.

                                        Respectfully submitted,

                                        **KOHN & SMITH**
                                        Attorneys for the Defendant
                                        s/ Jonathan C. Smith
                                        SBN: 1022413

POST OFFICE ADDRESS:
1110 N. Old World Third Street, Suite 620
Milwaukee, Wisconsin 53203
(414) 273-0203